1  Kent Brockelman (#009627)
   COPPERSMITH SCHERMER & BROCKELMAN PLC
2  2800 North Central Avenue, Suite 1200
   Phoenix, Arizona 85004
3  (602) 224-0999
   kbrockelman@csblaw.com
4
   Russell A. Jones (*admitted pro hac vice*)
5  Kathryn S. McConnell (*admitted pro hac vice*)
   DOW LOHNES PLLC
6  Six Concourse Parkway, Suite 1800
   Atlanta, Georgia 30328
7  (770) 901-8800
   rjones@dowlohnes.com
8  kmcconnell@dowlohnes.com

9  *Attorneys for Defendant Cox Enterprises, Inc.*

10

11

12                      **UNITED STATES DISTRICT COURT**

13                          **DISTRICT OF ARIZONA**

14  MICHAEL RUSSO,  a single man,          )
                                           )   No. CV11-00393-PHX-JAT
15                 Plaintiff,              )
                                           )   **EXHIBITS TO DEFENDANT COX**
16     vs.                                 )   **ENTERPRISES, INC.'S MOTION TO**
                                           )   **DISMISS FOR LACK OF**
17  MANHEIM REMARKETING, INC., a           )   **JURISDICTION AND FAILURE TO**
    Georgia corporation f/k/a MANHEIM      )   **STATE A CLAIM ON WHICH RELIEF**
18  CORPORATE SERVICES, INC., a subsidiary )   **CAN BE GRANTED**
    of COX ENTERPRISES, INC., a Delaware   )
19  corporation; COX ENTERPRISES, INC., a  )
    Delaware corporation,                  )
20                                         )
                   Defendants.             )
21  _____ )

22
              Exhibit A     -     Declaration of Kelly Conger
23
              Exhibit B     -     Declaration of Shauna Sullivan Muhl
24

25

26

27

28

{00031606.1 }

# EXHIBIT A

1  Kent Brockelman (#009627)
   COPPERSMITH SCHERMER & BROCKELMAN PLC
2  2800 North Central Avenue, Suite 1200
   Phoenix, Arizona 58004
3  (602) 224-0999
   kbrockelman@csblaw.com
4

5  Russell A. Jones (*admitted pro hac vice*)
   Kathryn S. McConnell (*admitted pro hac vice*)
   DOW LOHNES PLLC
6  Six Concourse Parkway, Suite 1800
   Atlanta, Georgia 30328
7  (770) 901-8800
   rjones@dowlohnes.com
8  kmcconnell@dowlohnes.com

9

10 Specially Appearing for Defendant
   COX ENTERPRISES, INC.

11             **UNITED STATES DISTRICT COURT**

12                **DISTRICT OF ARIZONA**

13 MICHAEL RUSSO, a single man,                )
                                               )
14          Plaintiff,                         )   No. CV11-00393-PHX-JAT
                                               )
15     vs.                                     )
                                               )   **DECLARATION OF KELLY**
16 MANHEIM REMARKETING, INC., a                )   **CONGER**
   Georgia corporation f/k/a MANHEIM           )
17 CORPORATE SERVICES, INC., a subsidiary      )
   of COX ENTERPRISES, INC., a Delaware        )
18 corporation; COX ENTERPRISES, INC., a       )
   Delaware corporation,                       )
19                                             )
          Defendants.                          )
20                                             )

21

22         I, Kelly Conger, declare as follows:

23         1.   I am the Group Vice President of Frontline Services at Manheim

24 Remarketing, Inc.   I submit this Declaration in support of Defendant Cox Enterprises,

25 Inc.'s *Motion to Dismiss Cox Enterprises, Inc.* pursuant to Fed. R. Civ. P. 12(b)(2) in the

26 above-captioned lawsuit.   I am over 18 years of age and have personal knowledge of the

27 facts stated herein by virtue of my position with Manheim Remarketing, Inc.

28

2.    On December 23, 2009, Manheim Corporate Services, Inc. merged into Manheim Remarketing, Inc.  Prior to the merger, Manheim Corporate Services, Inc. employed Plaintiff Michael Russo as Vice President of National Accounts.  After the merger, Mr. Russo was employed by Manheim Remarketing, Inc. in the same position in Manheim Remarketing, Inc.'s Reconditioning Operations and Planning Group.

3.    I was Mr. Russo's direct supervisor from approximately early 2008 to the elimination of his position in October 2009.  Mr. Russo's work was national in scope and not primarily directed at Arizona.

4.    Mr. Russo's position of Vice President of National Accounts was eliminated on October 8, 2009, as part of a restructuring of the Reconditioning Operations and Planning Group.  All decisions taken with respect to the elimination of Mr. Russo's position were made by employees of Manheim Remarketing, Inc.  The decision to eliminate Mr. Russo's position that decision was communicated to him by employees of Manheim Remarketing, Inc.

5.    Manheim Remarketing, Inc. established and enforced the human resources policies and practices that applied to Mr. Russo, including policies and practices pertaining to any benefits and leave entitlements, including those provided by the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*

6.    The key operational managers and directors who oversee the Reconditioning Operations and Planning Group at Manheim Remarketing, Inc. are not directors, officers, or managers of Cox Enterprises, Inc.

I declare under penalty of perjury that the information contained in this entire Declaration is true and correct to the best of my knowledge.

_Kelly Conger_

KELLY CONGER

_Oct 26, 2011_

DATE:

2

# EXHIBIT B

1    Kent Brockelman (#009627)
     COPPERSMITH SCHERMER & BROCKELMAN PLC
2    2800 North Central Avenue, Suite 1200
     Phoenix, Arizona 58004
3    (602) 224-0999
     kbrockelman@csblaw.com
4
     Russell A. Jones (*admitted pro hac vice*)
5    Kathryn S. McConnell (*admitted pro hac vice*)
     DOW LOHNES PLLC
6    Six Concourse Parkway, Suite 1800
     Atlanta, Georgia 30328
7    (770) 901-8800
     rjones@dowlohnes.com
8    kmcconnell@dowlohnes.com

9

     Specially Appearing for Defendant
10   COX ENTERPRISES, INC.

11                  UNITED STATES DISTRICT COURT

12                      DISTRICT OF ARIZONA

13   MICHAEL RUSSO, a single man,            )
                                             )   No. CV11-00393-PHX-JAT
14                  Plaintiff,               )
                                             )
15   vs.                                     )
                                             )   **DECLARATION OF SHAUNA**
16   MANHEIM REMARKETING, INC., a            )   **SULLIVAN MUHL**
     Georgia corporation f/k/a MANHEIM       )
17   CORPORATE SERVICES, INC., a subsidiary  )
     of COX ENTERPRISES, INC., a Delaware    )
18   corporation; COX ENTERPRISES, INC., a   )
     Delaware corporation,                   )
19                                           )
                                             )
20                  Defendants.              )
                                             )

21

22        I, Shauna Sullivan Muhl, declare as follows:

23        1.    I am the Vice President of Legal, and Corporate Secretary, for Cox

24   Enterprises, Inc. ("Cox"). I also serve on the Board of Directors and as Corporate

25   Secretary for Manheim Remarketing, Inc. I have served in this capacity since February

26   2010. I submit this Declaration in support of Defendant Cox's *Motion to Dismiss Cox*

27   *Enterprises, Inc.* pursuant to Fed. R. Civ. P. 12(b)(2) in the above-captioned lawsuit. I am

28   over 18 years of age and have personal knowledge of the facts stated herein, either by

{00030782.1 }

virtue of my positions with Cox and Manheim Remarketing, Inc., or through a review of corporate books and records.

2.    Cox is a privately-held corporation incorporated in the State of Delaware. Cox's corporate headquarters and principal place of business are located in Atlanta, Georgia.  Cox owns twelve (12) direct wholly-owned subsidiaries, which in turn own numerous subsidiaries that are engaged in a wide variety of businesses, including the automotive, media, and communications industries.

3.    Manheim Remarketing, Inc. is a Delaware corporation with its corporate headquarters in Atlanta, Georgia.  Manheim Remarketing, Inc. is registered to do business in the State of Arizona under the trade names Manheim Tucson and Manheim Phoenix.

4.    On December 23, 2009, as part of a corporate consolidation process, Manheim Corporate Services, Inc. merged into Manheim Remarketing, Inc.

5.    Manheim Remarketing, Inc. is a subsidiary of holding company Manheim Investments, Inc., which is a subsidiary of Manheim, Inc., which is a subsidiary of Cox Holdings, Inc., which is a subsidiary of Cox.  Manheim Remarketing, Inc. is engaged primarily in the business of owning and operating wholesale automobile auctions.

6.    Cox is not licensed or authorized to do business in Arizona.  Cox has no offices or registered agent in Arizona.  Cox's Board of Directors does not meet in Arizona. Cox does not solicit business in Arizona.

7.    Cox does not exert management control over the day-to-day operations of Manheim Remarketing, Inc.  Cox does not determine, direct, or enforce the corporate employment policies and practices applicable to Manheim Remarketing, Inc.'s corporate employees.  Cox sponsors a variety of benefit plans which its subsidiaries may offer to their employees.  Personnel decisions, including decisions about hiring, terminating, and promoting Manheim Remarketing, Inc.'s employees are made by Manheim Remarketing, Inc.

1         8.    Cox and Manheim Remarketing, Inc. have separate corporate identities and

2    operate independently of each other.  Of the three (3) members of Manheim Remarketing,

3    Inc.'s Board of Directors, I am the only director who also serves as an officer of Cox.

4         9.    Cox does not employ and has never employed Plaintiff Michael Russo.

5        10.   Cox Media, L.L.C. is a wholly-owned subsidiary of CoxCom, LLC, which is

6    a wholly-owned subsidiary of Cox Communications, Inc., which is a wholly-owned

7    subsidiary of Cox Holdings, Inc., which is a wholly-owned subsidiary of Cox Enterprises,

8    Inc.

9        I declare under penalty of perjury that the information contained in this entire

10   Declaration is true and correct to the best of my knowledge.

11   _____          _October 27, 2011_____

12   SHAUNA SULLIVAN MUHL                       DATE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3